**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: JUNE E. WILLEMS, <br><br> Debtor, <br> _____ <br><br> JUNE E. WILLEMS, <br><br> Appellant, <br><br> v. <br><br> RALPH E. SEEFELDT, Chapter 7 Trustee, <br><br> Appellee. | No. 10-15489 <br><br> D.C. No. 4:09-cv-00413-RCC <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, District Judge, Presiding

Submitted February 15, 2011**

Before:     CANBY, FERNANDEZ, and M. SMITH , Circuit Judges.

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

June E. Willems appeals pro se from the district court's judgment affirming the bankruptcy court's summary judgment vacating its discharge of her bankruptcy proceedings. We have jurisdiction under 28 U.S.C. § 158(d). We review de novo. *Zurich Am. Ins. Co. v. Int'l Fibercom, Inc. (In re Int'l Fibercom, Inc.)*, 503 F.3d 933, 939 (9th Cir. 2007). We affirm.

Contrary to Willems's contentions, the bankruptcy court properly concluded that it had jurisdiction to hear her bankruptcy case. *See* 28 U.S.C. § 157(b)(1) ("Bankruptcy judges may hear and determine all cases under title 11"); D. Ariz. Gen. Order 01-15 ("Pursuant to 28 U.S.C. § 157(a), the court hereby refers to the bankruptcy judges for this district all cases under title 11 and all proceedings under title 11 . . . .").

Willems's contentions that she was denied due process by the bankruptcy and district courts are not supported by the record. *See SEC v. McCarthy*, 322 F.3d 650, 659 (9th Cir. 2003) (due process requires notice and an opportunity to be heard).

Willems's remaining contentions are unpersuasive.

Willems's pending motions are denied.

**AFFIRMED.**

10-15489